# COMPOSITE EXHIBIT A



CT.gov State of Connecticut — Governor Dannel P. Malloy

# CONNECTICUT INSURANCE DEPARTMENT

Home | About Us | Newsroom | Laws & Regulations | Reports | Contact Us

**COMPLAINT/QUESTION** | **CONSUMER FAQs** | **BULLETINS** | **NOTICES** | **ORDERS** | **QUICKLINKS**

- **What Is Auto Insurance**
- **Common Terms**
- **What Affects Premiums**
- **FAQs - Regarding Repairs to Your Vehicle**
- Other Automobile Industry Sources Approved by the Insurance Commissioner:

  1. **Automobile Red Book—Prism Business Media, Inc.**
     9800 Metcalf Avenue, Overland Park, KS 66282-2901
     (800) 654-6776
     www.pricedigest.com

  2. **Mitchell International, Inc.**
     9889 Willow Creek Road San Diego, CA 92131
     (800) 854-7030
     www.mitchell.com

  3. **CCC Information Services, Inc.**
     222 Merchandise Mart, Suite 444 Chicago, IL 60654-1005
     (800) 621-8070
     www.cccis.com

  4. **Audatex North America, Inc. (formerly ADP)**
     Bishop Ranch 1, 6111 Bollinger Canyon Road, Suite 200 San Ramon, CA 94583
     (925) 866-1100
     www.audatex.us

  5. **AutoBid Services, LLC**
     8900 Indian Creek Parkway, Suite 450 Shawnee Mission, KS 66210
     (800) 875-2217
     www.autobid.com

  6. **Vehicle Valuation Service 1 South**
     450 Summit Ave., Suite 185 Oakbrook Terrace, IL 60181
     (888) 475-9975
     www.vvsi.com

Content Last Modified on 6/25/2013 5:04:28 PM

Printable Version

153 Market St. Hartford, CT 06103 / Toll - Free: 800-203-3447
Home | CT.gov Home | Login | Register
State of Connecticut Disclaimer, State of Connecticut Insurance Department Disclaimer and Privacy Policy. Copyright © 2001 - 2011 State of Connecticut Insurance Department.

# NOTICE

## NEW HAMPSHIRE INSURANCE DEPARTMENT

### List of Acceptable Valuation Guides and Methodologies
### In Accordance With
### Ins 1002.15 Determining Amount of Motor Vehicle Total Loss Claims

In accordance with Ins 1002.15 (a) (1) b. the following is a list of accepted valuation guides and methodologies, along with the name and address of the vendor or provider of each. These valuation guides and methodologies have been accepted by the New Hampshire Insurance Department as the only such guides for insurers to use in determining total loss settlements based on a motor vehicle's fair market value [ Ins 1002.15 (a) (1) ].

### Accepted Guides and Methodologies

| Name of Product | Vendor's Name, Address and Contact Information |
|---|---|
| Autosource Valuation | Audatex North America<br>15030 Avenue of Science, Suite 100<br>San Diego, CA 92128<br>(858) 946-1264 (contact: Diane Klund)<br>www.audatex.com |
| NADA Guides | NADA Analytical Services Group<br>8400 Westpark Drive<br>McLean, VA 22102<br>(800) 544-6232<br>www.nada.org |
| Total Logic Valuation | Mitchell International, Inc<br>6220 Greenwich Dr<br>San Diego, CA 92122<br>(800) 238-9111<br>www.mitchell.com |
| CCC ONE Valuation | CCC Information Services Inc.<br>222 Merchandise Mart Plaza, Suite 900<br>Chicago, IL 60654-1105<br>(800) 621-8070<br>(312) CCC-INFO (222-4636)<br>www.cccis.com |

Edition No. 4
January 15, 2014

While the following vendor products do not qualify as an acceptable guide or methodology under Ins 1002.15(a)(1), they do provide information on loss valuation in accordance with other sections of Ins 1002.15. As such, insurers may also rely on them in their determination of total loss settlements.

| Name of Product | Vendor's Name, Address and Contact Information |
|---|---|
| AutoBid | AutoBid Services<br>7390 Sante Fe<br>Overland Park, KS 66204<br>(800) 875-2217<br>www.autobid.com |
| Vehicle Valuation Services | Vehicle Valuation Services<br>1 South 450 Summit Avenue<br>Suite 380<br>Oakbrook Terrace, IL  60181<br>(888) 475-9975<br>www.v-v-s.com |

Edition No. 4
January 15, 2014



### State of New Jersey
DEPARTMENT OF INSURANCE
CN-325
TRENTON NJ 08625-0325
(609) 292-5360

CHRISTINE TODD WHITMAN
*Governor*

Elizabeth E. Randall
Acting Commissioner

December 1, 1995

Arthur Chartrand, Esq.
Chartrand Law Office
130 North Cherry, Suite 202
Olathe, KS  66061

Re: CCC Insurance Services, Inc.

Dear Mr. Chartrand:

This letter confirms the approval by the New Jersey Commissioner of Insurance of the computerized database system operated by CCC Insurance Services, Inc. (CCC) for the valuation of automobile total loss claims pursuant to N.J.A.C. 11:3-10.4(a)3, as amended effective November 6, 1995. In issuing this approval, the Commissioner has relied upon the documents submitted by CCC, as supplemented by its responses to specific Department inquiries.

As you are aware, the use of computer database systems in connection with adjustment of automobile total loss claims is new to the Department. It is appropriate here to recognize the continuing obligation of CCC to respond to any concerns of the Department that may arise as the system is implemented. Therefore, the following terms are hereby incorporated:

1. CCC will respond to reasonable requests from the Department for information to show continuing compliance with the standards of the rules.

2. CCC will directly respond to requests from the Department concerning how a particular valuation was accomplished in order to assist the Department with consumer inquiries or complaints (that is, the Department will be able to communicate directly with CCC on such matters, rather than being required to channel all communications through the particular insurer).

3. The Department will review CCC's system in approximately one year in order to resolve any continuing concerns about how the new rules are being implemented; CCC will respond to reasonable requests for information necessary to complete that review.

- 2 -

4. In the event the Department amends <u>N.J.A.C. 11:3-10.4</u> or other rules affecting this approval, CCC recognizes its obligation to comply with any new or amended standards (that is, this approval does not "grandfather" the CCC system so as to exempt it from regulatory refinements).

Very truly yours,

Elizabeth Randall
Acting Commissioner

ER/DB/bef
DBAA/INOGCS

STATE OF NEW YORK
INSURANCE DEPARTMENT
160 WEST BROADWAY
NEW YORK, NEW YORK 10013

GEORGE E. PATAKI
Governor

EDWARD J. MUHL
Superintendent of Insurance

October 24, 1995

CCC Information Services Inc.
World Trade Center Chicago
444 Merchandise Mart
Chicago, Illinois 60654-1005
Att: Charles Jones, Group Vice President

Re: New York State Insurance Department File # C95001989
CCC Information Services Inc.

Dear Mr. Jones:

Based upon our review and representations by CCC Information Services Inc.(CCC), its computerized valuation system satisfies the criteria contained in Subdivision 216.7(c)(1)(iii) of the Fifth Amendment to Regulation 64. Therefore, CCC is approved as a computerized database that produces statistically valid fair market values for substantially similar automobiles.

CCC may begin providing such valuations on motor vehicle total losses to insurers for claims reported on and after November 8, 1995.

Very truly yours,

EDWARD J. MUHL
Superintendent of Insurance

By:

Christopher Maloney
Senior Insurance Examiner
Property & Casualty Ins. Bureau

cc: Martin Minkowitz, Strook, Strook & Lavan
Arthur J. Chartrand, Chartrand Law Office

EGENPL/1638/29



# NOTICES

## INSURANCE DEPARTMENT

### List of Approved Guide Source Method Vendors; Notice No. 2007-04

**[37 Pa.B. 5354]**
**[Saturday, September 29, 2007]**

Under the authority of the Motor Vehicle Physical Damage Appraisers Act (63 P. S. §§ 851--863), the Insurance Commissioner hereby lists guide source providers approved to calculate the replacement value of total loss or unrecovered vehicles under the Motor Vehicle Physical Damage Appraisers regulation, 31 Pa. Code § 62.3(e)(1)(i) (relating to applicable standards for appraisal).

A listing of approved guide source method providers will be published annually in the *Pennsylvania Bulletin*. In the interim, an updated listing may be obtained by contacting the Insurance Department, Bureau of Consumer Services, 1209 Strawberry Square, Harrisburg, PA 17120. Requests for this information may also be submitted to ra-in-consumer@state.pa.us or telephone toll free (877) 881-6388 or faxed to (717) 787-8585.

### Approved Guide Source Vendors

Automobile Red Book (including the Older Used Car
  Publication),
formerly Automobile Blue Book
Primedia Price Digests
P. O. Box 12901
Overland Park, KS 66282-2901
(800) 654-6776
www.pricedigests.com

CCC Information Services, Inc.
444 Merchandise Mart
Chicago, IL 60654-1005
(800) 621-8070
www.cccis.com

NADA Official Used Car Guide (including the Older Used
  Car Publication)
8400 Westpark Drive

McLean, VA 22102
(800) 544-6232
www.nada.com/b2b

Audatex
formerly ADP Claims Solution Group, Inc.
6111 Bollinger Canyon Road
Suite 200
San Ramon, CA 94583
(925) 866-1100
www.audatex.com

Autobid, Inc.
8900 Indian Creek Parkway
Shawnee Mission, KS 66210
(800) 875-2217
www.autobid.com

Mitchell International, Inc.
9889 Willow Creek Road
San Diego, CA 92131
(800) 854-7030
www.mitchell.com

This document supersedes the notices published at 36 Pa.B. 6914 (November 11, 2006) and shall remain in effect until a subsequent notice is published in the *Pennsylvania Bulletin*.

(*Editor's Note:* For a final rulemaking affecting this notice, see 29 Pa.B. 5511 (October 23, 1999).)

JOEL SCOTT ARIO,
Acting Insurance Commissioner

[Pa.B. Doc. No. 07-1824. Filed for public inspection September 28, 2007, 9:00 a.m.]

---

No part of the information on this site may be reproduced for profit or sold for profit.

This material has been drawn directly from the official *Pennsylvania Bulletin* full text database. Due to the limitations of HTML or differences in display capabilities of different browsers, this version may differ slightly from the official printed version.

*webmaster@PaBulletin.com*

# OFFICE OF THE WEST VIRGINIA
# INSURANCE COMMISSIONER

## APPROVED LIST OF VALUATION PRODUCTS

The following list comprises all of the companies which have received the Insurance Commissioner's approval for use as an Official Used Car Guide and identifies their respective valuation products.

1. Audatex North America, Inc.:
   a. Autosource.
   b. Autosource Direct.

2. CCC Information Services, Inc.:
   a. CCC Valuescope Claim Services.

3. Mitchell International, Inc.
   a. Mitchell WorkCenter™ Total Loss

4. National Automobile Dealers Association (NADA):
   a. NADA Used Car Guide.
   b. NADA Older Used Car Guide.
   c. NADA Classic, Collectible and Special Interest Car Appraisal Guide.
   d. NADA Manufactured Housing Appraisal Guide.
   e. NADA Residual Guide.
   f. NADA New Vehicle Invoice Guide.
   g. NADA Motorcycle, Snowmobile, ATV, Personal Watercraft Appraisal Guide.
   h. NADA Antique, Classic and Special Interest Motorcycle Appraisal Guide.
   i. NADA Recreation Vehicle Appraisal Guide.
   j. NADA Van, Truck Conversion and Limousine Appraisal Guide.
   k. NADA Marine Appraisal Guide.
   l. NADA Older Marine Appraisal Guide.
   m. NADA Commercial Truck Guide.

5. National Auto Research (Black Book):
   a. Xpress for New Cars.
   b. Xpress New Car Invoice.
   c. UVC Xpress for Used Cars.
   d. Xpress for Used Cars.
   e. Autograph Xpress.
   f. Xpress On-line.
   g. Motorcycle Xpress.
   h. Xpress Exotic and Older Cars.
   i. New Car Invoice Guide.
   j. Weekly Used Car Guide.

      k.      Monthly Used Care Guide.
      l.      Truck and Van Guide.
      m.      Old Car Market Guide.
      n.      Motorcycle Value Guide
      o.      Retail Used Car Market Guide.
      p.      Residual Value Guide.
      q.      Dollar Residual Value Guide.
      r.      CPI-Cars of Particular Interest.
      s.      Heavy Duty Truck Guide.

6.    Primedia Price Digest (Red Book):

      a.      The Automobile Red Book.
      b.      The Older Automobile Red Book.
      c.      Combination Automobile and Older Automobile Red Book.
      d.      The Truck Blue Book.
      e.      The Older Truck Blue Book.
      f.      Commercial Trailer Blue Book.
      g.      Truck Body Blue Book.
      h.      Truck Identification Book.
      i.      Clymer Powersport Vehicle Blue Book.
      j.      Recreational Vehicle Blue Book.
      k.      Horse Trailer Blue Book.
      l.      ABOS Marine Blue Book.
      m.      ABOS Combo Specials.
      n.      Electronic Auto Red Book.
      o.      Electronic Truck Blue Book.
      p.      Electronic ABOS Marine Blue Book.
      q.      Electronic ABOS Marine Blue Book – Assessor's Edition

7.    Vehicle Valuation Services, Inc.

8.    AutoBid®

The above list supercedes any prior approved list.

Should any person require any further information concerning which companies have received approval, and/or what products are approved for use, or have any other questions regarding the above list, he/she should contact Kathleen Beck, Director, Consumer Services Division, Offices of the Insurance Commissioner, P. O. Box 50540, Charleston, West Virginia 25305-0540.

                                          Michael D. Riley
                                          Insurance Commissioner

Revised:   October 5, 2012



THE STATE OF WYOMING

**JIM GERINGER**
**GOVERNOR**

## *Insurance Department*
HERSCHLER BUILDING - 122 WEST 25TH STREET  CHEYENNE, WYOMING 82002

October 9, 2001

Arthur J. Chartrand
Attorney at Law
Chartrand Law Office
130 North Cherry, Suite 202
Olathe, Kansas 66061

Re: CCC Information Services, Inc. (CCC)

Dear Mr. Chartrand:

Thank you for your September 19, 2001 correspondence regarding CCC's continued service and compliance in Wyoming.

As you are aware, WY HB 96( effective 1/02) reads in part: "the actual retail cash value of the motor vehicle, as set forth in the most current edition of any nationally recognized automobile appraisal guide or other source approved by the Wyoming insurance department." I would agree that the passage of HB 96 does not change CCC's status, but the language of the bill would seem to indicate that some type of acknowledgment of approval would be in order from our department.

This letter will serve as a positive response to CCC's continued use by insurers in determining a fair retail value for the consumers of Wyoming that may suffer a total loss to their vehicle. Our position as concerns total losses is that a single source may be used if the offer is accepted without dispute. If a dispute arises, an additional market survey in conjunction with a nationally recognized automobile guide may have to be researched in the geographical location of the insured or claimant. I only mention this point as claims people in Wyoming understand what we expect in reaching agreement with a consumer and that more than one source may be required in determining a fair actual retail cash value.

CCC may continue to service insurers in assessing vehicles relative to the market demands as indicated in the State of Wyoming.

Regards,

*Roy A. Lesh*

Roy A. Lesh
Insurance Standards Consultant

RAL/krv

cc:   Nancy Olson - Client Rights Representative
      Stephanie Bryant - Staff Attorney

ADMINISTRATION (307) 777-7401   FACSIMILE (307) 777-5896   AGENT LICENSING (307) 777-7319 - WEBSITE: www.state.wy.us/insurance