UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61937-WPD

GINA SIGNOR,

       Plaintiff

v.

SAFECO INSURANCE COMPANY OF ILLINOIS,

       Defendant.

_____/

## ORDER DENYING MOTION TO STAY

**THIS CAUSE** is before the Court on Defendant's Motion to Stay [DE 41] (the

"Motion").  The Court has carefully considered the Motion and is otherwise fully advised in the

premises.

A court has broad discretion in determining whether to grant a stay. *See Ortega Trujillo*

*v. Conover & Co. Commc'ns*, 221 F.3d 1262, 1264 (11th Cir. 2000).  The Court does not find

good cause nor exceptional circumstances warranting a stay of this action.  The Court notes that

oral argument in Roth v. GEICO General Insurance Company, No. 19-11652 (11th Cir.)  is set

for the week of June 8, 2020; however, it is unknown when the Eleventh Circuit will issue its

ruling.  Moreover, it is uncertain that such ruling will resolve this case.

 Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion to Stay [DE

41] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 3rd day of April, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record