UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61937-CIV-DIMITROULEAS

GINA SIGNOR,

    Plaintiff,
v.

SAFECO INSURANCE COMPANY OF ILLINOIS,

    Defendant.
_____/

**FINAL JUDGMENT AND ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Court's Order Granting Defendant's Motion for Summary Judgment, entered separately today.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant and against Plaintiff;

2. Plaintiff shall take nothing from Defendant through this action; and

3. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record